**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JUN HUA HUANG, # A 246-975-146**                                   **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO. 5:26cv223-DCB-RPM**

**KRISTI NOEM, TODD M. LYONS,
PAMELA BONDI, and WARDEN R.
VERGARA**                                              **RESPONDENTS**

### ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*.  *Pro se* Petitioner Jun Hua Huang initiated this 28 U.S.C. § 2241 action on March 26, 2026, challenging his detention with the Department of Homeland Security.  The Court mailed him a Notice of Electronic Filing of the Petition [1].  On May 1, the Notice of Electronic Filing was returned undeliverable as addressed, and the envelope was marked, "Released."  [2].  Huang has not filed a change of address.

Accordingly, Huang shall respond in writing to the following:

(1)  Are you still detained by the Department of Homeland Security?

(2)  What is the address of your current location?

The responses shall be filed with the Court no later than June 12, 2026.

**IT IS, THEREFORE, ORDERED** that *pro se* Petitioner Jun Hua Huang shall file a response consistent with this Order **no later than June 12, 2026**.  Failure to timely respond to any order of the Court may result in the dismissal of this case.

**SO ORDERED**, this the 29th day of May, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE